UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES—GENERAL

Case No. CV 16-2587-MWF (SPx)            Date: December 18, 2017

Title:     Ronald J. Gengler v. Hunt and Henriques, et al.

Present: The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None Present | None Present |

**Proceedings (In Chambers):** ORDER DISMISSING ACTION

Plaintiff Ronald J. Gengler commenced this action against Defendants Michael S. Hunt and Hunt and Henriques on December 19, 2016. (Complaint (Docket No. 1)). On December 13, 2017, Plaintiff filed a Notice of Dismissal. (Docket No. 28). The Court construed Plaintiff's Notice as an ex parte request to dismiss the action, and ordered any party objecting to dismissal to file such an objection by the end of the day on December 15, 2017. (Docket No. 30).

No objection having been filed as of this date, the Court now **GRANTS** Plaintiff's Request. The action is **DISMISSED** *without prejudice*.

This Order shall constitute notice of entry of judgment pursuant to Federal Rule of Civil Procedure 58. Pursuant to Local Rule 58-6, the Court **ORDERS** the Clerk to treat this Order, and its entry on the docket, as an entry of judgment.

IT IS SO ORDERED.